```
          UNITED STATES
          DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
            PITTSBURGH Division

       # 06001385 - ET    ET
       January 3, 2006


   Code    Case #    Qty      Amount

   1ST CIVI 00-1303            10.00 CH
```

00-1303

```
   TOTAL→                     10.00
```

New bal 132.08

```
   FROM: WASHINGTON COUNTY CORRECTIONS
         100 WEST CHERRY AVE
         WASHINGTON, PA 15301
```

Richard Royal
05·02109